IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHY RICKETTS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>        Defendant. | No. 1:21-cv-09278-PAE-GWG |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as attorney of record for Defendant Hearst Communications, Inc., in the above-titled action. I certify that I am admitted to practice in this Court.

Dated: November 23, 2021          Respectfully submitted,
      New York, New York

                                      /s/ Andrea R. Butler
                                      Andrea R. Butler
                                      THE HEARST CORPORATION
                                         Office of General Counsel
                                    300 West 57th Street, 40th Floor
                                    New York, New York 10019
                                    Tel: (212) 649-2484
                                    Fax: (646) 280-2484
                                    abutler@hearst.com

                                    *Attorney for Defendant Hearst Communications, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 23, 2021.

                                        /s/ Andrea R. Butler
                                        Andrea R. Butler