UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BELINDA POWERS, *Individually and on Behalf of All Others Similarly Situated,*

                      Plaintiff,

-v-

HEARST COMMUNICATIONS, INC.

                      Defendant.

21 Civ. 9198 (PAE)

ORDER

---

CATHY RICKETTS, *Individually and on Behalf of All Others Similarly Situated,*

                      Plaintiff,

-v-

HEARST COMMUNICATIONS, INC.

                      Defendant.

21 Civ. 9278 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received plaintiffs' motions to consolidate the two above-captioned cases and to appoint interim class counsel. The Court directs defendant to file a short letter by December 14, 2021, stating its position on consolidating these two cases. The Court will then resolve plaintiffs' motions to consolidate and appoint interim class counsel.

       SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: December 9, 2021
       New York, New York